UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RUBEN DARIO GONZALEZ AGUILLON,

Petitioner,

v.

RAUL MALDONADO, JR., *Warden, MDC Brooklyn*; KENNETH GENALO, *Field Office Director, ICE New York*; MARKWAYNE MULLIN, *Secretary of Homeland Security*,

Respondents.

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**
26-CV-5055 (NRM)

**NINA R. MORRISON**, United States District Judge:

This Court previously entered a Temporary Restraining Order ("TRO") on August 27, 2026. ECF No. 19. The Court is now in receipt of the parties' submissions in response to this Order. ECF Nos. 23, 24. Given the current status of the case and the parties' respective submissions, the Court finds that good cause exists to extend the TRO for an additional fourteen days under Fed. R. Civ. P. 65(b)(2). In light of Respondents' letter dated September 1, 2026, *see* ECF No. 23, the Court hereby suspends the deadlines in the TRO relating to further briefing by either party on the merits of the Petition, ECF No. 1. All other terms as enumerated in the original TRO, ECF No. 19, remain in effect during this period.

The **Temporary Restraining Order** shall now expire on **September 24, 2026 at 11:00 A.M.** *See* Fed. R. Civ. P. 65(b)(2).

**SO ORDERED.**

*/s/ Nina R. Morrison*
NINA R. MORRISON
United States District Judge

Dated: September 3, 2026 at 6:00 P.M.
Brooklyn, New York